**Opinion issued February 26, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

---

### NO. 01-11-01029-CV

---

**PLASTICWARE, LLC, Appellant**

**V.**

**CONOCOPHILLIPS COMPANY, Appellee**

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 1114971**

---

## MEMORANDUM OPINION

Appellant Plasticware, LLC, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).

Appellant's brief was first due on January 23, 2012. After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Chief Justice Radack and Justices Higley and Brown.

2